**FILED**
**Nov 10, 2022**
**02:48 PM(CT)**
**TENNESSEE COURT OF**
**WORKERS' COMPENSATION**
**CLAIMS**



# TENNESSEE BUREAU OF WORKERS' COMPENSATION
## IN THE COURT OF WORKERS' COMPENSATION CLAIMS
## AT NASHVILLE

| | | |
|---|---|---|
| **John Stevens,** | ) | **Docket No. 2022-06-1224** |
| **Employee,** | ) | |
| **v.** | ) | |
| **Hunter Residential Services, LLC, d/b/a** | ) | **State File No. 39931-2022** |
| **The Surfin Plumbers,** | ) | |
| **Employer,** | ) | |
| **And** | ) | |
| **Federated Mut. Ins. Co.,** | ) | **Judge Kenneth M. Switzer** |
| **Carrier.** | ) | |

## ORDER ON EXPEDITED HEARING

The Court held an expedited hearing on November 10, 2022, where the parties announced several stipulations:

- Hunter Residential accepts the claim. It shall promptly contact Dr. Cornelius's office to schedule the recommended MRI and will continue to authorize all reasonable, necessary and work-related treatment until Mr. Stevens attains maximum medical improvement. It shall also pay for any past treatment where a balance remains.

- Hunter Residential previously paid Mr. Stevens temporary disability benefits totaling $6,625.34 (after a child support lien) from June 3 through August 19. His weekly compensation rate is $703.14. Hunter Residential shall resume paying temporary disability benefits at that rate. It will pay Mr. Stevens a lump-sum as compensation from August 20 through the present; then regular weekly payments shall begin until Mr. Stevens reaches maximum medical improvement or returns to work at full pay.

- Hunter Residential is exploring the possibility of work within Mr. Stevens's restrictions. If it is able to offer him a position within his limitations, he might be eligible for temporary partial disability benefits during the time he is still treating.

1

Mr. Stevens, who represents himself, expressed his understanding and agreement of the above.

In addition, Hunter Residential and Federated Mutual Insurance Company dispute whether coverage was in place on the alleged date of injury. Federated filed a lawsuit in Chancery Court seeking a declaratory judgment on this issue.

The Court sets a status hearing on **February 6, 2023, at 10:15 a.m. Central Time.** You must call (615) 532-9552 or (866) 943-0025 to participate.

If issues arise before the next hearing regarding benefits or discovery, any party may file a motion. Please contact the staff attorney, Jane Salem, at 615-770-1709 or jane.f.salem@tn.gov, if the parties reach a settlement of all issues before the next hearing.

IT IS ORDERED.

**Entered November 10, 2022.**


_Kenneth M. Switzer_____
**JUDGE KENNETH M. SWITZER**
**Court of Workers' Compensation Claims**

## CERTIFICATE OF SERVICE

I certify that a copy of this Order was sent as indicated on November 10, 2022.

| Name | Certified Mail | Regular mail | Email | Sent to |
|---|---|---|---|---|
| John Stevens, employee | | X | X | 25 Upton Heights Lebanon TN 37087 Stevensjohn333@icloud.com |
| Patrick Parker, Abigail Strader, employer's attorneys | | | X | pparker@pparkerlaw.com astrader@pparkerlaw.com |
| Brett Burrow, Carrigan Hicks, employer's attorneys | | | X | bburrow@burrowlee.com tbrasher@burrowlee.com chicks@burrowlee.com |

_____

Penny Shrum, Clerk
WC.CourtClerk@tn.gov